**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR32** |
| **Plaintiff,** | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| **ALESA J. MELCHER,** | ) | |
| **Defendant.** | ) | |

The Court has received the Presentence Investigation Report ("PSR") and the Defendant's objections thereto (Filing No. 14). The government adopted the PSR (Filing No. 13). *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The Defendant objects to the amount of loss in ¶¶ 12 and 19 of the PSR, as this amount is higher than the amount agreed upon by the parties in the plea agreement. The Court's tentative findings are that, absent unusual circumstances, the plea agreement should be upheld and the enhancement in ¶ 19 should be should be 8 levels under U.S.S.G. § 2B1.1(b)(1)(E).

IT IS ORDERED:

1. The Defendant's objections to the PSR (Filing No. 14) are granted;

2. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the

submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

      3.     Absent submission of the information required by paragraph 3 of this Order, my tentative findings may become final; and

      4.     Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

      DATED this 14th day of June, 2010.

                                          BY THE COURT:

                                          s/ Laurie Smith Camp
                                          United States District Judge