IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR32 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALESA J. MELCHER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on a third party's Request for CD/Transcript by a Non-Party (Filing No. 36), asking that a transcript be prepared for the Defendant's December 29, 2010, sentencing (and trial) hearing.

The unredacted transcript for the sentencing hearing (Filing No. 35) is not sealed and is available on PACER. The third party requesting the transcript has since advised the Court that it has obtained a PACER login and no longer needs a transcript prepared. Therefore, the motion will be denied as moot.

IT IS ORDERED:

1. The motion filed by a third party (Filing No. 36) is denied as moot; and

2. The Clerk is directed to mail a copy of this order to the third party who filed the motion.

DATED this 21st day of May, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge